UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LOUIS W. CARBINS, JR. ET AL.** | **CASE NO. 6:23-CV-00830** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **VROOM AUTOMOTIVE LLC, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO STAY AND TO COMPEL ARBITRATION filed by defendants Vroom Automotive, LLC and Vroom, Inc. (collectively "Vroom") (Rec. Doc. 10). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's MOTION TO STAY AND TO COMPEL ARBITRATION (Rec. Doc. 10) is GRANTED in part such that all claims by plaintiff Louis W. Carbins against Vroom are STAYED and all such claims shall be arbitrated according to the binding arbitration agreement between these parties. Vroom's motion is DENIED in part to the extent that it seeks to stay and compel arbitration as to all claims asserted by plaintiff Hiedi Carbins in this case. Vroom may renew its motion at its discretion but should provide sufficient law and argument as discussed in the Magistrate Judge's Report and Recommendation.

**THUS DONE AND SIGNED** at Lafayette, Louisiana, this 18th day of March, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE